DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RONALD B. LOSNER,**
Appellant,

v.

**U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, THE AUSTRALIAN OF PALM BEACH CONDOMINIUM ASSOCIATION INC., JESSICA PETERSON, CITY OF WEST PALM BEACH FLORIDA, CITY OF PALM BEACH GARDENS FLORIDA, UNITED STATES OF AMERICA** and **CAROL S. CALLAHAN,**
Appellees.

No. 4D16-2190

[October 12, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Martin H. Colin, Judge; L.T. Case No. 502012CA000780XXXXMB.

Brian K. Korte and Scott J. Wortman of Korte & Wortman, P.A., West Palm Beach, for appellant.

Brandon S. Vesely of Albertelli Law, Tampa, for appellee U.S. Bank Trust, N.A., as trustee for LSF9 Master Participation Trust.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***